Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Civil Division

Case No. CV 20 0481 SK

*(to be filled in by the Clerk's Office)*

FILED
JAN 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Heath Vincent Fulkerson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S. Department of Justice,
U.S. Department of Defense,
Federal Communications Commission,
Federal Aviation Administration

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Heath Vincent Fulkerson |
   | Street Address | 9100 spearhead way |
   | City and County | Reno |
   | State and Zip Code | Nevada 89506 |
   | Telephone Number | (775) 404-2026 |
   | E-mail Address | heath.fulkerson@icloud.com |

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | U.S. Department of Justice |
| Job or Title *(if known)* | |
| Street Address | 550 Kearny street #800 |
| City and County | San Francisco |
| State and Zip Code | CA 94108 |
| Telephone Number | (415) 705-4415 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. Department of Defense |
| Job or Title *(if known)* | |
| Street Address | 1265 Borregas Ave |
| City and County | Sunnyvale |
| State and Zip Code | CA 94089 |
| Telephone Number | (408) 541-7000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Federal Communications Commission |
| Job or Title *(if known)* | |
| Street Address | 445 12th street, SW |
| City and County | Washington |
| State and Zip Code | DC 20554 |
| Telephone Number | (888) 225-5322 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Federal Aviation Administration |
| Job or Title *(if known)* | |
| Street Address | 65 Long Beach Blvd. |
| City and County | Long Beach |
| State and Zip Code | CA 90802 |
| Telephone Number | (562) 420-1755 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations of 1st, 4th, 5th, 7th, 8th, 9th, 10th, and 14th amendments of the U.S. constitution. Violations of 18 USCS 875, 18 USCS 2261A, and 18 USCS 2511. Violations of the Interstate Stalking Punishment and Prevention Act of 1996, the Electronics Communications Privacy Act of 1986, the Foreign Intelligence Surveillance Act of 1978, the USA Patriot Act, and violation of the Geneva Conventions

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Heath Vincent Fulkerson, is a citizen of the State of *(name)* Nevada.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* U.S. Department of Justice, et al., is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Unitied States of America.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I believe the defendants owe myself substantial amount of monetary damages due to numerous and frequent violations of my constitutional rights, inalienable rights as a U.S. citizen, and many other liberties attributed to being a U.S. citizen. These violations have been happening on a frequent basis for more than 4 years. I believe the value is well over $200,000,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events have all occurred in and around the Reno, Nevada area.

B. What date and approximate time did the events giving rise to your claim(s) occur?

These events started happening around the end of 2015, early 2016

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have been alienated by federal agencies after numerous complaints to these agencies. The D.O.J. has failed to protect my constitutional rights, seek prosecution for violations of federal crimes committed against my family and myself, and has impeded on my progression. The D.O.D. has direct and indirect responsibility for violating federal stalking and harassment laws, performing illegal war simulations and exercises in and around my family, myself, my place of residence, and places I frequent. The F.C.C. has failed to investigate numerous complaints about communications fraud, illegal transmission of satellite RF signals directed at my vehicles, my homes, my family, and myself. The F.A.A. is directly responsible for not investigating aircraft, both manned and unmanned, that have harrassed and stalked my family and myself by means of electronic devices. They have also failed to investigate UAS vehicles that have been weaponized for the purpose of assault and harrassment.

IV.  **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages would not adequately compensate for the injuries and damages I have incurred for the last 4 years of mine and my families life. The government agencies have allowed these activities to persist for the last 4 years. There is no money that can replace the time, stress, aggravation, and pain these events have caused my family and myself.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking an immediate order to stop all stalking and harrassment, including but not limited to undercover federal agents linking my cellular phones, home internet, and home phone services to 3rd party answering services used by federal agencies to control volatile situations, setting up undercover drug buys in and around myself in public and at privately owned property. Linking the emergency service reciever on my vehicles and cellular phones and devices to remote monitoring devices, ie point and shoot stalking devices used by the D.O.J. illegal use of credentials to gain access to personal records and private information. Unfounded abuse by means of telecommunication equipment by insuating comments about sexuality, ficticious and non-fictious events, family problems, and general annoyances. These agencies have used telemetry apps connected to my devices to map out myself where it depicts my daily life on a computer animation setup via mobile or satellite link to wherever the computer system is setup. They have gained access into social media accounts, dating profiles, and email accounts with the intent to discredit, depict myself as a person who is not myself, and edit recorded videos, voice recordings, and images of evidence taken of these violations of my rights.

Actual damages $100,000,000
Punitive damages $200,000,000

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/22/2020

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Heath Vincent Fulkerson

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: